[No. 11869.    Department One.    July 27, 1914.]

J. F. CAMPION et al., *Respondents*, v. W. H. KEHOE et al.,

*Appellants.*[1]

APPEAL—PRESERVATION OF GROUNDS—EXCEPTIONS TO FINDINGS.   In the absence of exceptions to the findings, the evidence cannot be reviewed, and the judgment must be affirmed if the findings support the judgment.

Appeal from a judgment of the superior court for Spokane county, Webster, J., entered June 10, 1913, upon findings in favor of the plaintiffs, in an action for equitable relief, tried to the court.   Affirmed.

*Voorhees & Canfield,* for appellants.

*Carl W. Swanson,* for respondents.

PER CURIAM.—The respondents have interposed a motion to strike the statement of facts and the abstract of record, upon the ground that no exceptions were taken or reserved by the appellants to the findings of fact and conclusions of law made by the trial court, and a further motion that the judgment be affirmed upon the ground that the findings of fact and conclusions of law support the judgment.

An examination of the record discloses the fact that the grounds of both motions are well taken.   So far as the record shows, no exceptions whatever were taken to the court's findings of fact.   An examination of the findings convinces us that they amply support the judgment.   In fact, no contention to the contrary has been advanced.   In such cases, we have uniformly held that we cannot review the evidence. See *Washington Trust Co. v. Local & Long Distance Tel. Co.,* 73 Wash. 627, 132 Pac. 398, where some of the cases so holding are collected.

The motions are granted.   The judgment is affirmed.

[1]Reported in 141 Pac. 1138.